JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DREW ALLEN MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>COIS BYRD DETENTION CENTER et al.,<br><br>Defendants. | Case No. ED CV 20-00976-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: 10/29/2020

PHILIP S. GUTIERREZ
Chief United States District Judge